# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| Sherri Cooper, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. |
| ) | 13-3381-CV-S-JTM |
| Carolyn W. Colvin, ) | |
| Defendant. ) | |

## O R D E R

On October 24, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed March 13, 2014, [Doc. 10] and the *Brief For Defendant*, filed June 26, 2014, [Doc. 14]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

          */s/ John T. Maughmer*
          **JOHN T. MAUGHMER**
          **U. S. MAGISTRATE JUDGE**